FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 22, 2016

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BILLY EDWARD TOYCEN,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>YAKIMA MUNICIPAL COURT, JEFF BENGE, OFFICER WILLIAMS, WILLIAM BENGE, OFFICER INSLEE and DORTHY BENGE,<br><br>　　　　　　　Defendants. | NO: 1:16-CV-03042-SMJ<br><br>ORDER DISMISSING ACTION |

　　Plaintiff initiated this action while incarcerated at the Yakima County Jail. He had not provided all the information necessary to proceed *in forma pauperis* with his initial documents. A letter advising him of this deficiency was sent to him at the Yakima County Jail, but returned as undeliverable on April 11, 2016, ECF No. 5. In the interim, Plaintiff provided an alternative address, but mail routed to that address was also returned as undeliverable. ECF No. 7.

　　It was no longer apparent that Mr. Toycen was a prisoner. Because there is no mechanism for collecting the filing fee in partial payments as mandated by the

ORDER DISMISSING ACTION -- 1

statute once a prisoner has been released from incarceration, 28 U.S.C. § 1915(b)(2), the Court instructed Plaintiff to complete and file a new financial affidavit, to pay the full $400.00 fee ($350.00 filing fee + $50.00 administrative fee), or to demonstrate that he was still incarcerated.  A copy of the Order was mailed to Plaintiff at the address he provided, but returned as undeliverable. ECF No. 8.  Plaintiff has not kept the Court apprised of his address and he has not complied with the Court's directives.

Therefore, **IT IS ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** for failure to keep the Clerk of Court informed of Plaintiff's current address.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, enter judgment, forward a copy to Plaintiff at his last known address and close the file. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this Order would not be taken in good faith and would lack any arguable basis in law or fact.

**DATED** this 22nd day of June 2016.

SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING ACTION --2